IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal No. 07-31 ERIE |
| ) | |
| MICHAEL THOMAS JOYCE, ) | |
| Defendant ) | |
| ) | |

**ORDER OF RECUSAL**

AND NOW THIS  16th  day of August, 2007, pursuant to 28 U.S.C. § 455, the Honorable Sean J. McLaughlin hereby recuses himself as to all matters of the above-captioned case

IT IS HEREBY ORDERED that the Clerk of Courts is directed to reassign this case for all further proceedings.

                                                                    S/Sean J. McLaughlin
                                                                    Sean J. McLaughlin
                                                                    United States District Judge

cc: counsel/parties of record  NK