**CRIMINAL TRIAL MEMORANDUM**

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs

MICHAEL THOMAS JOYCE

CR 07-31 (ERIE)

Time for Selection: Begins: 10/20/08 10:30 - 4:45
10/21/08 9:30 - 5:30
Ends: 10/22/08 9:30

Date:

| NO. | NAME OF JUROR | | NO. | NAME OF JUROR | |
|---|---|---|---|---|---|
| ① 1 | 133 ROBERT L. NYSTROM | | 20 | ~~MARK VESTRAT~~ | Δ3 |
| Δ8 2 | ~~David ~~ | | 21 | ~~109 ~~ ~~GINA BADGER~~ CAUSE | 66 |
| ③ 3 | ~~144 MARY JEAN JOHNSON~~ CAUSE ~~ROSETTA KRAKOSKY~~ CAUSE | | 22 | ⑪ 40 ANNE MARIE FRICK | |
| Δ9 4 | ~~124 ~~ | | 23 | ~~KEYS~~ | 64 |
| ⑤ 5 | 17 SUSAN SAXMAN | | 24 | ⑫ 33 GREGORY ANKER | |
| Δ4 6 | ~~MARK MARECIC~~ | | 25 | 38 ~~~~ | 65 |
| ⑦ 7 | 95 PHILLIP KUSHNAR | | 26 | ~~KATHERINE ROBERT~~ ~~172 DENNIS HOOBACH~~ CAUSE | Δ6 |
| ⑧ 8 | 90 CHRISTINE COLE ~~176 NADENE KOFUBY~~ CAUSE | | 27 | ~~168 ELAINE~~ | Δ7 |
| ⑨ 9 | 202 MICHAEL JONES | | 28 | ~~56 ROBERT HOLSTEIN~~ | Δ |
| 10 | ~~199 DIANE KOBALA~~ ~~177 DEBORAH GREEN~~ CAUSE | 6₁ | | **ALTERNATES** | |
| Δ10 11 | 198 JOSIAH KOVAC | | 29 | ~~20 ~~ | 6A1 |
| ⑫ 12 | 161 GERALDINE MURTON | | 30 | ~~45 ~~ | ΔA1 |
| ⑬ 13 | 124 PAUL HOVANEC | | 31 | ~~TODD ~~ | ΔA2 |
| ⑭ 14 | 17 VINCENT BARBI ~~8 PATRICIA COYNE~~ CAUSE | | 32 | ~~33 PAMELA ~~ | 6A2 |
| 15 | ~~~~ | 6₂ | 33 | ALT 1 165 MARY ANN SCHMERTZ | |
| ⑯ 16 | 49 ASHLEY SCHUEING ~~35 ROGER LAMBONGTON~~ CAUSE | | 34 | ALT 2 129 WILLIAM JACKSON, III | |
| Δ1 17 | ~~David LUCHINI~~ ~~135 JAMES ROSE~~ CAUSE | | 35 | ALT 3 66 STEVEN CARGO | |
| 18 | ~~208 ROBERT LIUZZO~~ ~~14 JAY BIRD~~ CAUSE | 6₃ | 36 | ALT 4 51 ROLTH GIORDANO | |
| Δ2 19 | ~~37 DAVID KWOLEK~~ ~~108 DAWN INKS~~ CAUSE | | | | |

**ALTERNATE JURORS**

| 1 | | 6 | |
|---|---|---|---|
| 2 | | 7 | |
| 3 | | 8 | |
| 4 | | | |
| 5 | | | |

WDPA CRTM-2 (2/01)

## CLERK'S MEMORANDUM

| | | | |
|---|---|---|---|
| Criminal Number | CR 07-31 (Erie) | Case closed | 11/19/2008 4:05pm 2008 |
| Caption | U.S.A. v. Michael Thomas Joyce | Judge Charges Jury | 11/17/08 3:39pm 2008 |
| Before Judge | | Jury Retires | 11/17/08 4:00 2008 |
| Appears for U.S.A. | Christian A. Trabold, AUSA | Verdict | 11/19/08 4:05 2008 |
| | CHRISTINE A. SANNER | | |
| Appears for Deft. | Philip B. Friedman, Esq. | | Guilty Cts. 1, 3-9 (1-8 on Verdict Form) |
| | Robert R. Leight, Esq. | | Sentencing set for 3/10/09 at 1:30 p.m. (ERIE) |
| U.S.A. opens | 10/22/08  11:23 a.m. 2008 | Bailiff in Charge/Law Clerk | Kathleen Davis / Barbara Marzina |
| U.S.A. rest | 11/04/08  11:50 a.m. 2008 | Court Reporter | JULIE KIENZLE |
| U.S.A. close | 11/17/08  9:44 a.m. 2008 | Deputy Clerk | Richard Williams |
| Deft. opens | 10/22/08  1:53 p.m. 2008 | | Court Reporter for Verdict: R. Ford |
| Deft. rest | 11/12/08  11:15 am 2008 | | |
| Deft. close | 11/17/08  11:45 2008 | | |

### TRIAL MEMORANDUM

#### Dates of Trial

| | | | |
|---|---|---|---|
| Trial Opens | 10/22 | 3:10pm | 2008 |
| Continues | 10/23 | 9:37am | 2008 |
| Continues | 10/28 | 10:00 am | 2008 |
| Continues | 10/29 | 9:30 | 2008 |
| Continues | 10/30 | 9:30 | 2008 |
| Continues | 11/3 | 9:30 | 2008 |
| Continues | 11/4 | 9:30 | 2008 |
| Continues | 11/5 | 9:40 | 2008 |
| Continues | 11/6 | 9:35 | 2008 |
| Continues | 11/10 | 9:30 | 2008 |
| Continues | 11/12 | 10:15 | 2008 |
| Continues | 11/13 | 9:30 | 2008 |
| Continues | 11/17 | 9:30 | 2008 |
| Continues | | | 20 |
| Continues | | | 20 |
| Continues | | | 20 |
| Trial closed | 11/17 | | 2008 |
| Verdict | 11/19/08 | 4:05 | |