✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | PENNSYLVANIA |

**UNITED STATES**

V.

**MICHAEL THOMAS JOYCE**

**EXHIBIT AND WITNESS LIST**

Case Number:  07-31 ERIE

| PRESIDING JUDGE<br>Maurice B. Cohill, Jr. | PLAINTIFF'S ATTORNEY<br>Christian Trabold & Christine Sanner | DEFENDANT'S ATTORNEY<br>Philip Friedman & Robert Leight |
|---|---|---|
| TRIAL DATE (S)<br>October 22, 2008-November XX, 2008 | COURT REPORTER<br>Julie Kienzle | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| **GW1** | **** | 10.22.08 | ****** | ******* | **Robert W. Shields, Jr., M.D.** |
| 53 | | | √ | √ | 5.13.02 Letter Report from Dr. Shields to Dr. DeMatties |
| **GW2** | **** | ******** | ******* | ****** | **Ron Habursky, retired Litigation Specialist, Erie Insurance** |
| 2 | | | √ | √ | 8.20.02 Erie Insurance File Note |
| 3 | | | √ | √ | 9.12.02  Erie Insurance File Note |
| 4 | | | √ | √ | 9.19.02  Erie Insurance File Note |
| 5 | | | √ | √ | 9.17.02  Erie Insurance File Note |
| 6 | | | √ | √ | 9.23.02  Erie Insurance File Note |
| 7 | | | √ | √ | 10.01.02 Erie Insurance File Note |
| 8 | | | √ | √ | 10.31.02 Erie Insurance File Note |
| 9 | | | √ | √ | 11.05.02 Erie Insurance File Note |
| 10 | | | √ | √ | 11.20.02  Erie Insurance File Note |
| 11 | | | √ | √ | 11.20.02  Erie Insurance File Note |
| 12 | | | √ | √ | 11.20.02 Erie Insurance File Note |
| 13 | | | √ | √ | 11.21.02 Erie Insurance File Note |
| 14 | | | √ | √ | 11.26.02  Erie Insurance File Note |
| 15 | | | √ | √ | 9.17.02  Erie Insurance File Note |
| 16 | | | √ | √ | 9.20.02  Erie Insurance File Note |
| 17 | | | √ | √ | 11.15.02  Erie Insurance File Note |
| 18 | | | √ | √ | Erie Insurance Auto Policy |
| 20 | | | √ | √ | 11.25.02 Erie Insurance Settlement Check to M. Joyce for $390,000 |
| 1A | | | √ | √ | 8.10.01 M. Joyce's Narrative Statement of Damages |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | vs. | | MICHAEL THOMAS JOYCE | CASE NO. 07-31 ERIE |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | K | **10.23.08** | √ | √ | Erie Insurance File, K136  9.17.01  Erie Insurance File Note |
| | K133 | | √ | √ | 9.27.01  Erie Insurance File Note |
| | K129 | | √ | √ | Erie Insurance File Note |
| | K117 | | √ | √ | Erie Insurance File Note |
| | K86 | | √ | √ | Erie Insurance File Note |
| 18A | | | √ | √ | Medical Report of Dr. Lyons |
| ------ | ------ | | ------ | ------ | ------------------------------------------------------------------ |
| **GW3** | **\*\*\*\*** | | **\*\*\*\*\*** | **\*\*\*\*\*\*** | **Shelane Buehler, Architect** |
| 33 | | | √ | √ | Notre Dame Football Tickets |
| 34 | | | √ | √ | Old Memorial Golf Score Card |
| 35 | | | √ | √ | Bay Hill Golf Score |
| 36 | | | √ | √ | 7.18.02 Letter from Joyce to Buehler |
| 37 | | | √ | √ | 8.21.02 10:40 a.m. email from Joyce to Buelher |
| 38 | | | √ | √ | 8.21.02 11:24 a.m. email from Buelher to Joyce |
| 39 | | | √ | √ | 8.21.02 1:47 p.m. email Joyce to Buehler |
| 40 | | | √ | √ | 8.21.02 Letter from Joyce to Buelher |
| 41 | | | √ | √ | 8.23.02 email Buehler to Joyce |
| 42 | | | √ | √ | Select Mortgage, Inc. Refinancing Statement for Joint Properties |
| 43 | | | √ | √ | Buehler's handwritten notes of money owed to her from Joyce |
| 44 | | | √ | √ | 9.22.02 Letter from Dr. Thomas to Buehler |
| 45 | | | √ | √ | Numerous email communications between Joyce and Buehler |
| 45B | | | √ | **NO** | 10.21.02 email Buehler to Joyce |
| 45W | | | √ | √ | 7.28.03 emails between Joyce & Buehler |
| 45X | | | √ | √ | 7.29.03 email Joyce to Buehler |
| 46 | | | √ | √ | 10.25.02 Card from Joyce to Buehler |
| | | | | | ------------------------------------------------------------------ |
| | | | | | ------------------------------------------------------------------ |
| | | | | | ------------------------------------------------------------------ |

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | | MICHAEL THOMAS JOYCE | CASE NO. 07-31 ERIE |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 47 |  | 10.23.08 | √ | √ | Buehler's Credit Card Statements |
|  | V1 |  | √ | √ | Poster of Damaged Diamond Engagement Ring |
|  | AA |  | √ | √ | 8.31.02 Check from Joyce to Buehler $39,000 |
|  | Y |  | √ | √ | Buehler Handwritten Note on Superior Court' Judge's Chambers Stationary |
| GW4 | **** |  | ****** | ******* | **Cindy Joyce** |
| 48A |  |  | √ | √ | Joyce family Photograph |
| 48B |  |  | √ | √ | Joyce family Photograph |
| 48C |  |  | √ | √ | Joyce family Photograph |
| GW5 | **** | 10.28.08 | ******* | ****** | **Alan Novak** |
| GW6 | **** |  | ****** | ****** | **Kevin Poor, Flight Instructor** |
| 55F |  |  | √ | √ | 4.10.02 Written Private Pilot Test Results |
| 64 |  |  | √ | √ | 4.02-9.02 Kevin Pool's Log Book |
| 55G |  |  | √ | √ | 7.5.04 Written Test Result for Instrumentation Rating |
| GW7 | **** |  | ****** | ****** | **Frank Tursi, M.D.** |
| 63 |  |  | √ | √ | Blank Application for Medical Certificate/ Pilot |
| 57 |  |  | √ | √ | Additional Instructions for Applicant's medical Certification |
| 58 |  |  | √ | √ | 4.8.2002 Dr. Tursi's Filled Out FAA Medical Form for Joyce |
| 62 |  |  | √ | √ | 04.27.2004 FAA Form (Joyce) |
| 60 |  |  | √ | √ | 4.20.2006 FAA Medical Clearance Form (Joyce) |
| 61 |  |  | √ | √ | 4.2006 Airmen Exam Summary |
| 59 |  |  | √ | √ | 10.31.89 FAA Medical Exam Form |
|  | BB |  | √ | √ | Photograph from Brochure of a Cessna 172 |
| GW8 | **** |  | ****** | ****** | **Martin Haski, FAA Pilot Examiner** |
| 55A-E |  |  | √ | √ | Mr. Haski's Forms for Pilot Applicant's |
|  |  |  |  |  | ------------------------------------------------------------------ |
|  |  |  |  |  | ------------------------------------------------------------------ |
|  |  |  |  |  | ------------------------------------------------------------------ |

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | MICHAEL THOMAS JOYCE | | CASE NO. 07-31 ERIE |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | CC | 10.28.08 | √ | √ | Photograph of Interior of Airplane |
|  | EE |  | √ | √ | Photograph of Interior of Airplane |
| **GW9** | **** | | ******* | ****** | **Amber Cooper, via deposition** |
| 1B |  |  | √ | √ | Videotape Deposition of Amber Cooper |
| 1 |  |  | √ | √ | Diagram of intersection where accident occurred |
| **GW10** | ***** | 10.29.08 | ******** | ******** | **Emeline Ahrens, State Farm Claims Agent** |
| 23 |  |  | √ | √ | 8.25.01 Letter from State Farm to Joyce |
| 26 |  |  | √ | √ | 8.23.01 State Farm Investigation Summary |
| 24 |  |  | √ | √ | 9.4.01 State farm Closing Report |
| 25 |  |  | √ | √ | 6.11.02 Letter from Joyce to State farm |
| **GW11** | ***** |  | ******** | ******** | **Steven Lesko** |
| **GW12** | ***** |  | ********* | ******** | **Nick Konzel** |
| 49 |  |  | √ | √ | 2 Rent Checks from Joyce to Landlord at Office Building Oct-Nov |
| 51B |  |  | √ | √ | Photograph of Office Space 3250 West Lake Road |
| 51C |  |  | √ | √ | Photograph of Office Space 3250 West Lake Road |
| 51D |  |  | √ | √ | Photograph of Office Space 3250 West Lake Road |
| 51E |  |  | √ | √ | Photograph of Office Space 3250 West Lake Road |
|  | FF |  |  |  | Rent Checks from Joyce to Landlord at Office Building |
| **GW13** | ***** |  | ******** | ******** | **Janice Lee Kline** |
| 65 |  |  | √ | √ | Photograph from dock - before going out for scuba diving |
| 66 |  |  | √ | √ | Photograph from dock - coming back from scuba diving |
| 67 |  |  | √ | √ | Photograph on dock |
| 68 |  |  | √ | √ | Photograph on dock |
| 69 |  |  | √ | √ | Photograph in water |
| **GW14** | ***** |  | ******** | ******** | **Delight Stevens** |
| 151 |  |  | √ | √ | 2002 Tru-Green Chem-Lawn Attendee List |
|  |  |  |  |  | ------------------------------------------------------------------------------------ |

Page   4   of _____ Pages

AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

**UNITED STATES** vs. **MICHAEL THOMAS JOYCE**     CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | 07-31 ERIE |
|---|---|---|---|---|---|---|
| **GW15** | **** | **10.29.08** | ***** | ****** | **William Burt, State Farm Claim Representative** | |
| 28 | | | √ | √ | 7.9.02 Letter from Joyce to State Farm | |
| 29 | | | √ | √ | 7.29.02 Letter from Joyce to State Farm | |
| 32 | | | √ | √ | 10.05.01 Reimbursement Payment to Erie Insurance for vehicle damage | |
| 31 | | | √ | √ | 9.3.02 $50,000 Settlement Payment to Joyce from State Farm | |
| | J | | √ | √ | State Farm Insurance File on Joyce's Claim | |
| **GW16** | **** | **10.30.08** | ****** | ****** | **Daniel Aerni, Consulting Engineer** | |
| 19 | | | √ | √ | Photographs of Joyce's vehicle | |
| 144 | | | √ | √ | 7.17.2007 Expert report of Daniel Aerni | |
| 146A | | | √ | √ | Photograph of Volvo, pre-impact | |
| 146B | | | √ | √ | Photograph of Volvo after barrier impact test | |
| 146C | | | √ | √ | Photograph of Volvo, different view. after barrier impact test | |
| 146D | | | √ | √ | Photograph of Toyota Matrix, pre-impact | |
| 146E | | | √ | √ | Photograph of Toyota Matrix after barrier impact test | |
| 146F | | | √ | √ | Photograph of Mitsubishi Lancer, pre-impact | |
| 146G | | | √ | √ | Photograph of Mitsubishi Lancer, after barrier impact test | |
| 146H | | | √ | √ | Photograph of Mitsubishi Lancer, different view, after barrier impact test | |
| 144A | | | √ | √ | 11.06.2006 FBI Report GJ Testimony, George Lyons | |
| 144B | | | √ | √ | 12.11.2006 FBI Report of Interview, George Lyons | |
| | | | | | | |
| **GW17** | **** | | ***** | ****** | **James DeMatteis, M.D.** | |
| 52A | | | √ | √ | EMG Report | |
| 52 | | | √ | √ | Dr. DeMatteis' Medical Records | |
| | B | | √ | √ | Dr. DeMatteis' Medical Records | |
| **GW18** | **** | | ****** | ****** | **Sheryl Winschel** | |
| | R1 | | √ | √ | Photograph of Joyce's surgical incision | |
| | R2 | | √ | √ | Photograph of Joyce's surgical incision healing's surgical incision | |

Page   5   of _____ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | vs. | MICHAEL THOMAS JOYCE | CASE NO. 07-31 ERIE |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | R3 | | √ | √ | Photograph of Joyce in post-surgical harness |
| **GW19** | **** | **11.03.08** | ****** | ******* | **Matt El-Kadi, M.D., Neurosurgeon** |
| 54 | | | √ | √ | 10.24.20002 Consultation Report |
| **GW20** | **** | | ****** | ******* | **Ted Miller, Lawyer for Erie Insurance** |
| 21 | | | √ | √ | 8.24.02 Letter from Joyce to Ted Miller enclosing prior Letter to Erie Insurance |
| 22 | | | √ | √ | 8.28.02 Memo from Ted Miller to Jan Van Gorder |
| **GW21** | **** | | ******* | ******* | **Kelly Smith, FBI Special Agent** |
| 70 | | | √ | √ | Certificate of Authenticity re North Coast Flight School |
| 71 | | | √ | √ | North Coast Flight School Invoices |
| 72 | | | √ | √ | North Coast Flight School Records |
| 72A | | | √ | √ | Agent Smith's Summary of 2002 North Coast Flight School Records |
| 56A | | | √ | √ | Agent Smith's Summary of Kevin Poor's Flight Records |
| 75 | | | √ | √ | Certificate of Authenticity re Professional Ass'n of Diving Instructors |
| 76 | | | √ | √ | 2001 PADI Instructor Membership Renewal |
| 77 | | | √ | √ | 2002 PADI Instructor Membership Renewal |
| 78 | | | √ | √ | 2003 PADI Instructor Membership Renewal |
| 73 | | | √ | √ | Affidavit of Authenticity of Citibank |
| 74 | | | √ | √ | 3 Citibank credit card statements of M. Joyce |
| 83 | | | √ | √ | Certificate of Authenticity of Erie County Prothonotary's Office |
| 84 | | | √ | √ | Court Document of Erie County Prothonotary's Office with Affidavits |
| 85 | | | √ | √ | Certificate of Authenticity for Breezes Resort in Jamaica |
| 86 | | | √ | √ | Records from Breezes Resort in Jamaica |
| 100 | | | √ | √ | Certificate of Authenticity of Lake Shore Country Club |
| 100A | | | √ | √ | Map of Lake Shore Country Club |
| 102 | | | √ | √ | Lake Shore Country Club Charge Slips & Billing Statements |
| 98 | | | √ | √ | Certificate of Authenticity Western PA Golf Association |
| 99 | | | √ | √ | Joyce's submitted golf scores 2001 & 2002 |

Page   6   of _____ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | MICHAEL THOMAS JOYCE | CASE NO. 07-31 ERIE |
|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 87 |  | 11.03.08 | √ | √ | Certificate of Authenticity TMS Limited |
| 88 |  |  | √ | √ | TMS Reservation for BonAire |
| 89 |  |  | √ | √ | Certificate of Authenticity Plaza Resort/Toucan Diving |
| 90 |  |  | √ | √ | Plaza Resort/Toucan Diving Liability Release for Diving and Dive Log Sheet |
| 91 |  |  | √ | √ | Certificate of Authenticity Belmar |
| 92 |  |  | √ | √ | Belmar hotel records |
| 93 |  |  | √ | √ | Certificate of Authenticity Bonaire Partners |
| 94 |  |  | √ | √ | Bonaire Partners Records (Lodging, emails, invoice) |
| 95 |  |  | √ | √ | Certificate of Authenticity Nautilus |
| 96 |  |  | √ | √ | Nautilus Membership Application of Joyce |
| 97 |  |  | √ | √ | Nautilus Log in Sheets |
| 132 |  |  | √ | √ | Certificate of Authenticity Discover Financial Services |
| 133 |  |  | √ | √ | Discover Credit Card Statements of Joyce |
| 79 |  |  | √ | √ | Certificate of Authenticity Notre Dame Office of Registrar |
| 80 |  |  | √ | √ | Notre Dame Records re student Robert Joyce |
| 81 |  |  | √ | √ | Certificate of Authenticity Student Accounts Notre Dame |
| 82 |  |  | √ | √ | Notre Dame Student Account of Robert Joyce |
| 150 |  |  | √ | √ | Photographs of Cessna Airplane, New Castle Airport |
| GW22 | **** |  | ***** | ****** | **Brian Dalton. M.D., Neurosurgeon** |
| 152 |  |  | √ | √ | Dr. Dalton's Consultation Report |
| GW23 | **** | 11.04.08 | ******* | ******* | **Scot Curtis, IRS Special Agent** |
| 160 |  |  | √ | √ | Report of Border Crossings |
| 103 |  |  | √ | √ | Certificate of Authority Harley Davidson |
| 105 |  |  | √ | √ | Certificate of Authenticity |
| 113 |  |  | √ | √ | Certificate of Authenticity Dahlkemper's Jewelry |
| 117 |  |  | √ | √ | Certificate of Authenticity Sontag TV |
| 121 |  |  | √ | √ | Certificate of Authenticity Fiesta Pools and Spas |

Page   7   of _____ Pages

AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | MICHAEL THOMAS JOYCE | | CASE NO. **07-31 ERIE** |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 125 |  | 11.04.08 | √ | √ | Certificate of Authenticity Colucci Tile & Marble |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 129 | | | √ | √ | Certificate of Authenticity |
| 134 | | | √ | √ | Certificate of Authenticity Select Settlement Inc |
| 136 | | | √ | √ | Affidavit of Business Records National City Bank |
| 140 | | | √ | √ | Declaration of Business Records TD Ameritrade |
| 137A | | | √ | √ | National City Bank Account Statements of Joyce |
| 137 | | | √ | √ | National City Bank Statement |
| 138A | | | √ | √ | National City Bank Statement |
| 138 | | | √ | √ | National City Bank Statement |
| 139 | | | √ | √ | TD Waterhouse Brokerage Account Statement |
| 142 | | | √ | √ | TD Waterhouse Brokerage Account Statement |
| 135 | | | √ | √ | HUD 1 Settlement Statement re purchase of property 3800 Zimmerly Road |
| 149 | | | √ | √ | Photograph of Residence at 3800 Zimmerly Road |
| 104 | | | √ | √ | Liberty Harley Davidson Invoice for Purchase of motorcycle |
| 130 | | | √ | √ | Dunkirk Aviation Records regarding purchase of Cessna airplane |
| 131 | | | √ | √ | Check #123 Made out to Dunkirk Aviation $27,500 |
| 143 | | | √ | √ | TD Waterhouse Brokerage Statement |
| 141 | | | √ | √ | TD Waterhouse Account Application |
| 106 | | | √ | √ | Asbury House Limited Furniture receipt |
| 107 | | | √ | √ | Four TD Waterhouse Checks made out to Asbury House |
| 108 | | | √ | √ | TD Waterhouse Brokerage Statement |
| 108A | | | √ | √ | TD Waterhouse Brokerage Statement |
| 114 | | | √ | √ | Dahlkemper's Records showing purchase of engagement ring & diamond bracelet |
| 115 | | | √ | √ | National City Check $10,000 |
| 116 | | | √ | √ | TD Waterhouse Brokerage Statement |
| 118 | | | √ | √ | Sontag TV invoice for Home Theater System |
| 119 | | | √ | √ | TD Waterhouse Check Sontag TV |
| 120 | | 11.04.08 | √ | √ | TD Waterhouse Brokerage Statement |
| 122 | | | √ | √ | Fiesta Pools & Spas Invoice |

Page 8 of ____ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES vs. MICHAEL THOMAS JOYCE | CASE NO. 07-31 ERIE |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 123 | | | √ | √ | TD Waterhouse Checks to Fiesta Pools & Spas |
| 124 | | | √ | √ | TD Waterhouse Brokerage Statements |
| 126 | | | √ | √ | Colucci Tile & Marble Contract with M. Joyce |
| 127 | | | √ | √ | TD Waterhouse checks to Colucci Tile |
| 128 | | | √ | √ | TD Waterhouse Brokerage Statements |
| 128A | | | √ | √ | Agent's TD Waterhouse Deposit Summary |
| 128B | | | √ | √ | Agent's TD Waterhouse Summary of Transactions |
| 109 | | | √ | √ | Certificate of Authenticity Dr. Winston Chu |
| 110 | | | √ | √ | Aesthetic Reconstruction Surgery Records |
| 111 | | | √ | √ | TD Waterhouse Check #112 Check to Dr Winston Chu |
| 112 | | | √ | √ | TD Waterhouse Brokerage Statement |
| 128C | | | √ | √ | Agent's Summary of TD Waterhouse Checks |
| | HH | | √ | √ | Joyce's Original Check #4297 to S. Beuhler for $39,000 |
| **** | DW1 | | ****** | ****** | **Krista Ott, attorney** |
| | | V1 | √ | √ | Photograph of diamond engagement ring |
| **** | DW2 | | ******* | ******* | **Phyllis Ferguson, legal secretary** |
| **** | DW3 | 11.05.08 | ******* | ******* | **Joseph Martin Thomas, M.D.** |
| | I | | √ | √ | Medical Records of Dr. Thomas |
| | II | | √ | √ | X-Ray Film |
| | JJ | | √ | √ | X-Ray Film |
| | KK | | √ | √ | X-Ray Film |
| | LL | | √ | √ | X-Ray Film |
| | MM | | √ | √ | X-Ray film |
| | OO | | √ | √ | Epidural Needle and catheter |
| 170 | | | √ | √ | Handwritten Note of Dr. Thomas |

Page  9  of _____ Pages

⁂AO 187A (Rev. 7/87)           **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | MICHAEL THOMAS JOYCE | | CASE NO. 07-31 ERIE |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| **** | DW3 | 11.05.08 | √ | ****** | **Terry Kaminski, Legal Secretary** |
| **** | DW4 | | √ | ****** | **Susan Merritt** |
| | C | | √ | √ | Dental Records of Michael Joyce from Thomas Galla, D.M.D. |

| | | | | | |
|---|---|---|---|---|---|
| **** | **DW5** | | √ | ****** | **Mary Nelson, Physical Therapist** |
| | E | | √ | √ | Physical Therapy Records |
| 175 | | | √ | √ | Progress Report Letter to Dr. El-Kadi from Mary Nelson |
| 179 | | | √ | √ | 12.20.01 File Note from Mary Nelson |
| 176 | | | √ | √ | 12.31.01 File Note from Mary Nelson |
| **** | **** | **11.06.08** | ******√ | ****** | **Chimba Mkandawire, Biomechanical Engineer** |
| | X1 | | √ | √ | Anatomy Diagram Cervical Spine |
| | X2 | | √ | √ | Anatomy Diagram Extended Cervical Spine |
| | X3 | | √ | √ | Anatomy Diagram Joyce's X-Ray |
| | X4 | | √ | √ | Anatomy Diagram Neural Foramen |
| | X5 | | √ | √ | Anatomy Diagram Normal Cervical Spine |
| | X6 | | √ | √ | Anatomy Diagram Normal Spine v Joyce's Cervical Spine |
| | X7 | | √ | √ | Video Demonstration of Body in Car Being struck from Behind |
| **** | **DW6** | | √ | ******* | **Timothy Michael Joyce** |
| | PP | | √ | √ | Honorary Submarine Qualification Certificate |
| **** | **DW7** | | ******* | ******* | **Robert Joyce** |
| **** | **DW8** | | ******* | ******* | **Kristen Joyce** |
| **** | **DW9** | | ******* | ******* | **John Charles Jageman, M.D.** |
| 180 | | | √ | √ | 07.17.2003 Progress Note, Dr. Jageman |
| | GG | | √ | √ | Signed Release by Michael Joyce 4.2.2007 for Jageman's Records |
| | F | | √ | √ | Medical Records of Dr. Jageman |
| **** | **DW10** | | ******* | ******* | **Joanne Joyce** |
| 84 | | | √ | | Joanne (Donahue) Joyce & Debra Mizikowski Affidavits |
| | | | | | |
| | | | | | |

Page ___10___ of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES vs. MICHAEL THOMAS JOYCE | | | | | CASE NO. 07-31 ERIE |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| **** | **DW11** | 11.10.08 | ******* | ******* | **Rimas Micknaitas** |
| 190 | | | √ | √ | Micknaitis' Personal Flight Log Book (part 1) |
| 191 | | | √ | √ | Micknaitis' Personal Flight Log Book (part 2) |
| **** | **DW12** | | ******* | ******* | **PA Supreme Court Justice Seamus McCaffrey** |
| **** | **DW13** | | ******* | ******* | **Carl Buchholz, attorney** |
| | QQ | | √ | √ | Buchholz' law firm personal expense report 2002 |
| **** | **DW14** | | ******* | ******* | **PA Court of Common Pleas Judge Michael Dunlavy** |
| **** | **DW15** | | ******* | ******* | **PA Superior Court President Judge Kate Ford Elliott** |
| **** | **DW16** | | ******* | ******* | **PA Superior Court Judge Richard Klein** |
| **** | **DW17** | | ******* | ******* | **PA Superior Court Judge John Musmanno** |
| | RR | | √ | √ | Judge Musmanno's List of Golf dates with Michael Joyce |
| **** | **DW18** | | ******* | ******* | **Jeffrey Lucht, Attorney** |
| | SS | | √ | √ | Inflatable Neck Brace |
| **** | **DW19** | 11.12.08 | ******* | ******* | **William Difenbock, M.D.** |
| **** | **DW20** | | ******* | ******* | **Terry Teasdale, Western PA Golf Association** |
| | VV | | √ | √ | Joyce's handicap records |
| | WW | | √ | √ | Beuhler's handicap records |
| | XX | | √ | √ | Rules of Golf |
| | YY | | √ | √ | Rules of Golf |
| **** | **DW21** | | ******* | ******* | **Norman David Clark** |
| | GW24 | | ******* | ******* | **Wellington (Wellie) Yaple, IRS Special Agent**, rebuttal witness |
| | D | | √ | √ | Gallaher physical therapy records |
| | UU | | √ | √ | Lake Shore Country Club records |
| 200 | | | √ | √ | Memo signed by Agent |
| 200.1 | | | √ | √ | notes accompanying Agent report |
| **** | GW | | ****** | ******* | **recalled on rebuttal FBI Special Agent Kelly Smith** |

% AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES vs. MICHAEL THOMAS JOYCE | | | | | CASE NO. 07-31 ERIE |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 202 | | 11.12.200 | √ | √ | FBI 302 Report of Judge Musmanno |
| 203 | | | √ | √ | FBI 302 Report of Judge Ford Elliott |
| 204 | | | √ | √ | FBI 302 Report of Judge Dunlavy |
| **** | GW25 | 11.13.08 | ****** | ******* | **William Welch, M.D., rebuttal** |
| 209 | | | √ | √ | 1999 Medical Note of Dr. Jageman |
| 210 | | | √ | √ | 2.24.1987 Medical Report |
| 205 | | | √ | √ | Medical Report Letter of Dr. Thomas |
| 216 | | | √ | √ | Transcript of Trial 11/6/2008, Chimba Mkandawire |
| 215 | | | √ | √ | Dr. Welch's curriculum vitae |
| **** | DW | | ****** | ******* | **recalled on sur-rebuttal Judge Kate Ford Elliott** |
| **** | DW22 | | ****** | ******* | **David McGee, M.D.**, **retired**, **sur-rebuttal** |
| | K | | √ | √ | Erie Insurance File |
| | H | | √ | √ | Medical Records of Dr. John C. Lyons |
| | A | | √ | √ | Medical Records of Dr. Craig Costello |