**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Crim. No. 07-31 Erie |
| MICHAEL THOMAS JOYCE | ) |

## VERDICT

**1.** As to the charge of mail fraud that on or about August 26, 2002, Michael Thomas Joyce, with a return address of 3250 West Lake Road, Erie, PA 16505, caused to be delivered mail matter in the form of a note with enclosure to Attorney Ted G. Miller, Erie Insurance Group, P.O. Box 1699, Erie, Pennsylvania 16530 as charged in COUNT ONE of the indictment, we the jury do find the defendant, Michael Thomas Joyce,

GUILTY __X__

NOT GUILTY _____

**2.** As to the charge of mail fraud that on or about November 15, 2002, Michael Thomas Joyce, with a return address of 3250 West Lake Road, Erie, PA 16505, caused to be delivered mail matter in the form of a letter to Ronald G. Habursky Litigation Specialist, Erie Insurance Group, 100 Erie Insurance Place, Erie, Pennsylvania 16530, as charged in COUNT TWO of the indictment, we the jury do find the defendant, Michael Thomas Joyce,

GUILTY __X__

NOT GUILTY _____

3.      As to the charge of money laundering that on or about November 27, 2002, Michael Joyce, knowingly engaged and attempted to engage in a the monetary transaction of a $300,000 initial deposit into a TD Ameritrade individual brokerage account, as charged in COUNT THREE of the indictment, we the jury do find the defendant, Michael Thomas Joyce,

GUILTY____X____

NOT GUILTY_____

4.      As to the charge of money laundering that on or about November 27, 2002, Michael Joyce, knowingly engaged and attempted to engage in the monetary transaction of an $18,058.02 payment to his line of credit account at National City Bank, as charged in COUNT FOUR of the indictment, we the jury do find the defendant, Michael Thomas Joyce,

GUILTY____X____

NOT GUILTY_____

5.      As to the charge of money laundering that on or about February 14, 2002, Michael Joyce, knowingly engaged and attempted to engage in the monetary transaction of a $20,000 deposit to Sue Sutto Realtors for the purchase of property located in Millcreek Township, Pennsylvania, as charged in COUNT FIVE of the indictment, we the jury do find the defendant, Michael Thomas Joyce,

GUILTY____X____

NOT GUILTY_____

6.  As to the charge of money laundering that on or about March 10, 2003, Michael Joyce, knowingly engaged and attempted to engage in the monetary transaction of an $18,770.75 payment to Liberty Harley Davidson, 32 East Cuyahoga Falls Boulevard, Akron, Ohio, for the purchase of a motorcycle, as charged in COUNT SIX of the indictment, we the jury do find the defendant, Michael Thomas Joyce,

GUILTY __X__

NOT GUILTY _____

7.  As to the charge of money laundering that on or about March 19, 2003, Michael Joyce, knowingly engaged and attempted to engage in the monetary transaction of a $94,537.74 down payment to Select Settlement Inc. for the purchase of property located in Millcreek Township, Pennsylvania, as charged in COUNT SEVEN of the indictment, we the jury do find the defendant, Michael Thomas Joyce,

GUILTY __X__

NOT GUILTY _____

8.  As to the charge of money laundering that on or about April 15, 2004, Michael Joyce, knowingly engaged and attempted to engage in the monetary transaction of a $27,500 down payment to Dunkirk Aviation, New York, toward the purchase of a 1978 Cessna 206 airplane, as charged in COUNT EIGHT of the indictment, we the jury do find the defendant, Michael Thomas Joyce,

GUILTY __X__

NOT GUILTY _____

SO SAY WE ALL, this \_\_\_19th\_\_\_ day of November, 2008.

_____
Foreperson

_____
Christine M. Cole

_____
Lisa E. Saxe

_____
[signature]

_____
[signature]

_____
[signature]

_____
Robert S. [signature]

_____
Gregory R. [signature]

_____
Geraldine R. [signature]

_____
Ashley Schuring

_____
[signature] M. K[signature]

_____
Mary Jean Johnson