IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Criminal Number 07-31E |
| ) | |
| MICHAEL JOYCE ) | |

The above named defendant satisfied the judgment of MARCH 10, 2009 by paying on MARCH 27, 2009 the full balance due on his/her court ordered:

     __X__ Assessment
     _____ Fine
     _____ Costs
     _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____ 4-3-09
Deputy Clerk                                    Date

FILED
09 APR -3 P1:10
CLERK
U.S. DISTRICT COURT